IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN D. FARMER                                                                                                                  PLAINTIFF

V.                                      CAUSE NO. 5:05cv179DCB-JCS

CHARLES KEVIN NATIONS and
JOHN DOES 1-5, ET AL.                                                                                 DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this cause having come before the Court upon the joint ore tenus motion of counsel for Plaintiff and counsel for Defendant for dismissal with prejudice of the Complaint filed in this cause and the Court, having been informed that an amicable resolution of the controversy has been achieved by and between the parties named herein, finds that said motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Complaint filed herein is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the   21st   day of   December  , 2006.

                                                  s/ David Bramlette
                                                 DISTRICT COURT JUDGE

Agreed and Approved:

Bradley Russell Boerner, Esq.
BOERNER LAW FIRM, P.C.
P. O. Box 205
Brookhaven, Mississippi 39602-0205
COUNSEL FOR PLAINTIFF

/s/ Tiffany Piazza Grove
_____
Reeve G. Jacobus, Jr., Esq.
Tiffany Piazza Grove, Esq.
WILLIFORD, McALLISTER & JACOBUS, LLP
303 Highland Park Cove, Suite A
Ridgeland, Mississippi 39157-6059
COUNSEL FOR DEFENDANT